**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **JOSEPH KELLY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CITY OF COCHRAN, GEORGIA, *et al.*,**<br><br>**Defendants.** | **CIVIL ACTION NO. 5:26-CV-49 (MTT)** |

## ORDER

On February 11, 2026, plaintiff Joseph Kelly, proceeding pro se, filed his complaint. ECF 1. That same day, he filed a motion to proceed *in forma pauperis* ("IFP"). ECF 2. On May 7, 2026, the Court granted Kelly's motion to proceed IFP (ECF 2) and ordered him to recast his complaint. ECF 4. On May 27, 2026, Kelly filed an amended complaint. ECF 5. The next day, Kelly filed a second amended complaint. ECF 6. The Court screened Kelly's second amended complaint pursuant to 28 U.S.C. § 1915. ECF 10. On October 16, 2026, Defendants Brandi Crabb, Matthew Leopard, and Daniel Cape moved to dismiss Kelly's second amended complaint. ECF 28. On November 9, 2026, Kelly filed a third amended complaint. ECF 37.

Kelly's third amended complaint is not an amendment as of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). Rather, Kelly seeks to add a new party and a new claim. ECF 37 at 3, 22–25, 34–36. Kelly separately responded to the October 16, 2026, motion to dismiss. ECF 38. If Kelly seeks leave to amend his complaint to cure deficiencies identified in the motion to dismiss, he may file an appropriate motion—

solely for that purpose—by November 20, 2026. Accordingly, Kelly's third amended complaint (ECF 37) is **STRICKEN**.

**SO ORDERED**, this 13th day of November, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT