**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **JOSEPH KELLY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:26-CV-49 (MTT)** |
| | ) | |
| **CITY OF COCHRAN, GEORGIA, *et al.*,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

On October 16, 2026, Defendants Daniel Cape, Matthew Leopard, and Brandi Crabb moved to dismiss Plaintiff Joseph Kelly's second amended complaint (ECF 6). ECF 28. Kelly now moves for leave to file a third amended complaint. ECF 41. For the following reasons, Kelly's motion (ECF 41) is **GRANTED,** and Defendants' motion to dismiss (ECF 28) is **DENIED as moot.**

## I. STANDARD

Leave to amend should be "freely give[n] ... when justice so requires." Fed. R. Civ. P. 15(a)(2). The Court "need not, however, allow an amendment (1) where there has been undue delay, bad faith, dilatory motive, or repeated failure to cure deficiencies by amendments previously allowed; (2) where allowing amendment would cause undue prejudice to the opposing party; or (3) where amendment would be futile." *Bryant v. Dupree*, 252 F.3d 1161, 1163 (11th Cir. 2001) (citing *Foman v. Davis*, 371 U.S. 178, 182 (1962)). "A district court may find undue delay when the movant knew of facts supporting the new claim long before the movant requested leave to amend, and

amendment would further delay the proceedings." *Tampa Bay Water v. HDR Eng'g, Inc.*, 731 F.3d 1171, 1186 (11th Cir. 2013), *abrogated on other grounds by CSX Transp., Inc. v. Gen. Mills, Inc.*, 846 F.3d 1333 (11th Cir. 2017). "[D]enial of leave to amend is justified by futility when the complaint as amended is still subject to dismissal." *Hall v. United Ins. Co. of Am.*, 367 F.3d 1255, 1263 (11th Cir. 2004) (quoting *Burger King Corp. v. Weaver*, 169 F.3d 1310, 1320 (11th Cir. 1999)).

## II. DISCUSSION

On February 11, 2026, Plaintiff Joseph Kelly, proceeding pro se, filed his complaint. ECF 1. That same day, he filed a motion to proceed *in forma pauperis* ("IFP"). ECF 2. On May 7, 2026, the Court granted Kelly's motion to proceed IFP (ECF 2) and ordered him to recast his complaint. ECF 4. On May 27, 2026, Kelly filed an amended complaint. ECF 5. The next day, Kelly filed a second amended complaint. ECF 6. The Court screened Kelly's second amended complaint pursuant to 28 U.S.C. § 1915. ECF 10. On October 16, 2026, Defendants Brandi Crabb, Matthew Leopard, and Daniel Cape moved to dismiss Kelly's second amended complaint. ECF 28. On November 9, 2026, Kelly filed a third amended complaint. ECF 37. The Court ordered Kelly's third amended complaint (ECF 37) stricken on November 13, 2026, because it sought to add a new claim and a new party. ECF 40 at 1–2. The Court noted that if Kelly seeks leave to file a third amended complaint solely to cure deficiencies alleged in Defendants' motion to dismiss, he may do so by November 20, 2026. *Id.* On November 15, 2026, Kelly moved for leave to file a third amended complaint. ECF 41.

Kelly argues that none of the factors counseling against leave to amend apply. ECF 41 at 4. He asserts that he filed his motion before the Court's deadline. *Id.* He also

argues that his prior amendments were in response to the Court's September 17, 2026, screening order (ECF 10), "so this is his first opportunity to cure deficiencies raised" in Defendants' motion to dismiss. *Id.* Finally, Kelly argues that because the case is still in the pleading stage, "Defendants may renew any argument against the amended pleading." *Id.* The Court agrees. Accordingly, Kelly's motion for leave (ECF 41) is **GRANTED.**

While it is arguable that Kelly's new allegations do not moot Defendants' pending motion to dismiss (ECF 28), the Court nonetheless denies the motion as moot. Defendants may renew their motion to dismiss, taking Kelly's new allegations into account, or file other responsive pleadings.

## III. CONCLUSION

Accordingly, Kelly's motion for leave to file a third amended complaint (ECF 41) is **GRANTED**, and Defendants' motion to dismiss (ECF 28) is **DENIED as moot.**[1]

**SO ORDERED**, this 17th day of November, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

[1] The Clerk is **DIRECTED** to file Kelly's Exhibit A (ECF 41-1) as Kelly's Third Amended Complaint.